United States District Court For the District of Columbia

**FILED**
**AUG 19 2008**
Clerk, U.S. District and Bankruptcy Courts

| | |
|---|---|
| Humbert Lane Nursing and Rehabilitation Center, 90 Humbert Lane, Washington, Pennsylvania 15301 Telephone: [724] 228-4740<br><br>    Plaintiff,<br><br>v.<br><br>Michael O. Leavitt, in his official capacity as Secretary of the U.S. Department of Health And Human Services C/o General Counsel Department of Health and Human Services 200 Independence Avenue, S.W. Washington, D.C. 20201<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>Case: 1:08-cv-01450<br>Assigned To : Kennedy, Henry H.<br>Assign. Date : 8/19/2008<br>Description: General Civil<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for the Plaintiffs certify that to the best of my knowledge and belief, that there are no parents, subsidiaries and/or affiliates of the Plaintiffs that have issued shares or debt securities to the public. These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Date: August 19, 2008

CAPOZZI AND ASSOCIATES, P.C.
Louis J. Capozzi, Jr., Esquire
Attorney ID #PA0004
2933 North Front Street
Harrisburg, PA 17110-1250
Telephone: [717] 233-4101
FAX      : [717] 233-4103